HARRIET C. STEVENS, APPELLANT, *v.* HOMER BOST-
WICK, ADMINISTRATOR, ETC., RESPONDENT.

*Complaint — Coverture — when must be set up in answer.*

Where a complaint sets out a cause of action on its face, and the defendant
intends to interpose the defense that the plaintiff is a married woman, and
has no separate estate, or carries on no separate trade or business, such defense
must be set up in the answer.

APPEAL from a judgment entered on the report of a referee, dismissing the complaint on the ground that plaintiff was a married woman.

*A. C. Slevner,* for the appellant.

*Peck & Bowen,* for the respondent.

E. DARWIN SMITH, J. :

The referee clearly erred, in dismissing the complaint in this action. The complaint set out a cause of action, on its face, in favor of the plaintiff against the defendant. The answer denied the complaint, and set up a counter-claim. If the defendant intended to make the defense, that the plaintiff was a married woman and had no separate estate or carried on no separate trade or business, he should have set up such defense by answer.[*] Coverture must be pleaded, to be available, if intended to be set up as a defense.[†]

In *Hallock* v. *De Munn*, [‡] where it was held, that, to maintain

[*] Frecking v. Rolland, 53 N. Y., 422.
[†] 1st Chitty's Pleadings, 449; Dillaye v. Parks, 31 Barb., 132.
[‡] 2 N. Y. Sup. Ct., 350.

an action against a married woman, it must be shown that the debt was contracted for the purpose of carrying on a separate trade or business, and for the benefit of her separate estate, the answer, in proper form, set up the defense in a denial of these facts. No question as to the form of the pleadings was presented for consideration.

The judgment should be reversed and a new trial granted, with costs to abide the event.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment reversed and new trial granted, costs to abide event.